THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Willie L. Adkins,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2003-UP-580
Submitted July 15, 2003  Filed October 
 2, 2003   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel 
 Tommy Evans, Jr. and Legal Counsel J. Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

PER CURIAM:   Willie L. Adkins pleaded 
 guilty to three counts of forgery.  On each count, the judge sentenced him to 
 five years imprisonment suspended upon the service of two years probation and 
 the payment of $770.46 in restitution.  The sentences were to be served concurrently.  
 After Adkins violated his probation and subsequent orders, the judge revoked 
 Adkinss three, concurrent, five-year sentences and converted Adkinss outstanding 
 balance to a civil judgment.  Adkins appeals the revocation of his probation. 

Pursuant to Anders v. California, 
 386 U.S. 738 (1967), counsel for Adkins attached to the final brief a petition 
 to be relieved as counsel, stating she had reviewed the record and concluded 
 Adkinss appeal is without legal merit sufficient to warrant a new trial.  Adkins 
 filed a separate pro se response.
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.